PER CURIAM.
lilt is well'settled that a new trial should be ordered‘when the court is convinced by an examination of the facts that the judgment would result in a miscarriage of justice. Lamb v. Lamb, 430 So.2d 51, 53 (La.1983). Having reviewed the'record and considering the briefs and oral argument of the parties, we are convinced that the trial judge’s actions resulted in a miscarriage of justice,- Therefore, considering the unique and narrow facts presented, we conclude a new trial must be granted.
DECREE
For the reasons assigned, the judgment of the district court denying the motion for new trial is reversed. Plaintiffs’ motion for new trial is granted. The case is remanded to the district' court for further proceedings.
JOHNSON, Chief Justice, concurs and assigns-reasons.
WEIMER, Justice, dissents and assigns reasons.
CLARK, Justice, dissents with reasons.
CRICHTON, Justice, dissents with reasons.